IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBIN HALL**                                                                                                          **PLAINTIFF**

**v.**                                    **Case No. 4:16-cv-00059-KGB**

**USABLE MUTUAL INSURANCE**
**COMPANY, d/b/a ARKANSAS BLUE**
**CROSS AND BLUE SHIELD**                                                                                   **DEFENDANT**

## ORDER

Before the Court is plaintiff Robin Hall's motion for voluntary dismissal. According to the motion, the parties have reached an amicable settlement. Ms. Hall moves to dismiss with prejudice her petition for declaratory judgment against USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield (Dkt. No. 10). The Court grants the motion and dismisses with prejudice Ms. Hall's petition (Dkt. No. 2).

Dated this 9th day of August, 2016.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge